IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONNA A. MILLER, | CV 11-00671 JMS BMK |
| Plaintiff, | ORDER ADOPTING |
| vs. | MAGISTRATE JUDGE'S |
| | FINDINGS AND |
| GOKO RESTAURANT ENTERPRISES DBA SIZZLER, ET AL., | RECOMMENDATION |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 20, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendant Goko Restaurant Enterprises d.b.a. Sizzler's Motion to Enforce Settlement Agreement, Filed January 25, 2013" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 12, 2013.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge